

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00042-CV

## IN RE TIFFANY BISSELL

_____

## Original Proceeding

## From the 52nd District Court
## Coryell County, Texas
## Trial Court No. DC-19-50260

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on March 8, 2021 is denied.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
        Justice Neill , and
        Justice Johnson
Petition denied
Opinion delivered and filed April 28, 2021
[CV06]

